# WL | Wright Law
### ATTORNEY AT LAW

---

**100 Pearl Street, Suite 1801**
**NEW YORK, NY 10004**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

June 29, 2026

Sentencing is adjourned from July 16, 2026 to
July 23, 2026 at 11:00 a.m.
SO ORDERED.
Dated:  6/30/2026

P. Kevin Castel
United States District Judge

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States* **v.** *Jorge Gonzalez. DK# 25-110 (PKC)*

Dear Judge Castel:

I represent Jorge Gonzalez and write today to respectfully request a short adjournment of Mr. Gonzalez's sentence date that is currently scheduled for July 16, 2026 at 11am, and the defense sentencing submissions due by July 2, 2026 .  This is my first such request and is made with the gracious consent of the government.

I make this request as I have personal matter regarding a family member this week that presents a severe time conflict and I would like to review the defense sentencing memo and the final presentence report (PSR) with Mr. Gonzalez before its submission.  I therefore respectfully request that Mr. Gonzalez's sentencing hearing be adjourned until July 23, 2026 at 11am; a date that I understand the Court is available.

Thank you in advance.

Sincerely,
/s/
Christopher Wright