# WL| Wright Law

ATTORNEY AT LAW

100 Pearl Street, Suite 1801
NEW YORK, NY 10004
OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463
wrightlawnyc@gmail.com
www.wrightlaw.nyc


September 1, 2026

Application for stay of surrender date is DENIED. SO ORDERED. USDJ 9-1-26

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States* v. *Jorge Gonzalez. DK# 25-110 (PKC)***

Dear Judge Castel:

I represent Jorge Gonzalez and write today to on behalf of my client who respectfully requests a 90 day stay of his surrender date to federal prison. He has been designated to FCI Fort Dix and his surrender date is September 29, 2026 at noon (attached to this letter is his Designation Notice).

The reason for Mr. Gonzalez's instant request is that he filed a *sua sponte* application on August 25, 2026, with SDNY Judge Valerie Caproni requesting the appointment of CJA counsel so that he may litigate the validity of his prior Federal conviction in *United States v. Ramel Matthews, et al,* 15-CR-537 (VEC). The undersigned is not his CJA counsel on the *Matthews* case. The government opposes Mr. Gonzalez's application to stay his surrender date.

Sincerely,
/s/
Christopher Wright